IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In the Matter of: )
) Case No. 14-31535-DHW-13
ASHLEY FORD )
SSN: xxx-xx-5136 ) Chapter 13
)
Debtor. )

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a)

COMES NOW, your petitioner, Capital One Auto Finance (hereinafter referred to as "Capital One"), and respectfully represents unto the Court as follows:

1. That the Debtor, Ashley Ford (hereinafter "the Debtor"), in the above styled cause filed a petition in the United States Bankruptcy Court for the Middle District of Alabama, the same being Case No. 14-31535-DHW-13.

2. That prior to, and on to-wit: February 27, 2010, the Debtor executed a Retail Installment Sales Contract purchasing **one (1) 2007 Chrysler 300, VIN: 2C3KA43R47H813682**. A copy of the Retail Installment Sales Contract and Certificate of Title is attached hereto collectively as Exhibit "A" and incorporated herein by reference.

3. That according to the confirmed Chapter 13 plan, the debt was placed into the plan and payments are to be paid to Capital One through the Chapter 13 Trustee.

4. That Capital One avers that the Debtor has failed and refused to make payments to the Chapter 13 Trustee as set out in the confirmed plan and the payments are now in default.

5. That Capital One further avers that under the terms of its agreements, it retains an interest in the collateral that is superior to the interest of the Trustee. Capital One

further avers that there is no value in the collateral herein beyond the indebtedness owed to Capital One and that there is no equity in the said collateral for the estate.

      6.    That Capital One also claims fees and costs for the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Capital One prays this Honorable Court for an Order granting its above and foregoing motion, and for such further and other relief as this Court deems proper.

/s/ Paul J. Spina, III
Paul J. Spina, III,
Attorney for Capital One Auto Finance

**OF COUNSEL:**
SPINA & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing motion upon the following by placing the same in the U.S. Mail, postage pre-paid, or via ECF e-mail on this the 10th day of **December, 2014**.

                                             /s/
                                          OF COUNSEL

Joshua C. Milam
Attorney at Law
566 S. Perry Street
Montgomery, AL 36104

Curtis C. Reding
Chapter 13 Trustee
Post Office Box 173
Montgomery, AL 36101

Ashley Ford
7320 Glencoe Court
Montgomery, AL 36117