**The relief described hereinbelow is SO ORDERED**

**Done this 6th day of January, 2015.**

*/s/ Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) <br> ) <br> ASHLEY FORD ) <br> SSN: xxx-xx-5136 ) <br> ) <br> ) <br> ) <br> Debtor(s). | Case No.: 14-31535-DHW <br><br> Chapter 13 |

### ORDER

This matter coming before the Court on the Motion for Relief from Automatic Stay of 11 U.S.C. § 362 filed by Capital One Auto Finance (hereinafter "Capital One"). Based upon the agreement of counsel, Capital One's Motion for Relief from Automatic Stay of 11 U.S.C. § 362 is hereby conditionally denied as to one (1) 2007 Chrysler 300, VIN: 2C3KA43R47H813682 and it is hereby ORDERED that:

1. That Capital One shall file a secured proof of claim for the attorney fees and costs, in the amount of $376.00. The attorney fees and costs associated with the filing of the motion for relief are deemed allowed and proper. The creditor's claim shall receive a specified monthly payment of $10.00. The debtor's payments to the Trustee are set at $123.00 bi-weekly. The Trustee

shall place this claim in line for payment beginning immediately.

2. That beginning with the January 2015 plan payment and continuing with each and every plan payment thereafter, the Chapter 13 Trustee shall receive in the month due, the full plan payment in the amount required by order of the Court.

3. That beginning with the January 2015 plan payment and continuing with each and every plan payment thereafter, the Chapter 13 Trustee fails to receive the required plan payments in the full amount due and in the month due in ay future month, a notice to cure the default shall be sent to the Attorney for the Debtor, and the Debtor. If the stated default is not cured within twenty (20) days of the notice, then the automatic stay as to Capital One will be terminated without further action of this Court.

4. The parties agree and acknowledge that the terms of this agreed/stipulated order will not survive the dismissal of the Debtor's bankruptcy case.

###END OF ORDER###

This order was reviewed and agreed to by counsel for debtor and Trustee.

**This Order was prepared by:**
Paul J. Spina, III
SPINA, & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800
pspina@spinalavelle.com