UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ASHLEY FORD  
      7320 GLENCOE COURT  
      MONTGOMERY, AL 36117

CASE NO: 14-31535-DHW

Soc. Sec. No. XXX-XX-5136  
      Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO:    CATAMARAN LLC  
       ATTN PAYROLL  
       1600 MCCONNOR PKWY  
       SCHAUMBURG, IL 60173

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that CATAMARAN LLC withhold from the wages, earnings, or other income of this debtor the sum of **$123.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**  
**14-31535-DHW ASHLEY FORD**  
**P O BOX 613108**  
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, January 7, 2015 .

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge